IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DOMINIC GIACCO,<br><br>Defendant. | Case No. 25-MJ-6155<br><br>ORDER OF DETENTION |

I.

On October 7, 2025, Defendant Joseph Dominic Giacco made his initial appearance on the Criminal Complaint filed in this matter. Carlos Irrurite, a member of the indigent defense panel specially appeared for Humberto Diaz, a member of the Indigent Defense Panel, who was appointed to represent Defendant. The government was represented by Assistant United States Attorney Claire Kelly.

Defendant submitted on the recommendation of detention in the report prepared by U.S. Probation and Pretrial Services Office.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

&boxtimes; discrepancies in background information reported

&boxtimes; lack of stable residence

&boxtimes; currently on probation in Los Angeles County

&boxtimes; history of parole violation

As to danger to the community:

&boxtimes; allegations in the criminal complaint include racketeer influenced corrupt organizations conspiracy, and conspiracy to possess with intent to distribute controlled substances, and defendant is alleged to have used firearms to intimidate rival gangs and promote and further gang activities. A search of Defendant's residence in 2024 revealed loaded firearms and narcotics.

&boxtimes; Criminal History includes felony convictions for narcotics related offenses while armed, firearms offenses including felon in possession, receiving stolen property, false imprisonment, bringing alcohol into prison, parole violations, and convictions with gang related allegations. Misdemeanor convictions for providing false identification to peace officer, possession of assault weapon, and contempt, and law enforcement contacts for parole violations and contempt (gang injunction).

&boxtimes; alleged gang membership

&boxtimes; history of substance use

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 7, 2025

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE